IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| PATRICIA G. MENGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 3:14-cv-01737-JD-MGG |
| | ) |
| ROUTE 66 RVS, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR WITHDRAWAL OF APPEARANCE

Laura N. Heft of the law firm of Hunt Suedhoff Kalamaros LLP, South Bend, Indiana, hereby moves to withdraw her appearance on behalf of Defendants, Gulf Stream Coach, Inc. and Route 66 RVS, Inc., for the reason that I will no longer be practicing at the law firm of Hunt Suedhoff Kalamaros LLP. Lyle R. Hardman of the law firm of Hunt Suedhoff Kalamaros LLP will continue to represent Defendants, Gulf Stream Coach, Inc. and Route 66 RVS, Inc.

Respectfully Submitted,

**HUNT SUEDHOFF KALAMAROS LLP**

By: /s/ Laura N. Heft _____
Laura N. Heft, Esq. (#31033-20)
Attorney for Defendants
Hunt Suedhoff Kalamaros LLP
205 W. Jefferson Blvd., Suite 300
P.O. Box 4156
South Bend, IN 46634-4156
Telephone: (574) 232-4801

1

## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that on the 28th day of December, 2016, I electronically filed the above and foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record registered to receive the same.

                                         /s/ Laura N. Heft_____
                                         Laura N. Heft, Esq. (#31033-20)